10-7-15

Rocky Wilson
816373- Boyd
200 Spur 113
Teague, Texas 75860

Texas
Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 12 2015

Abel Acosta, Clerk

Dear: Court Clerk,

Several years ago I filed a petition in your court, from the 5th Court of Appeal, Dallas.

If possible, I need the cause number and date that this action was taken.

Thank you for your time and assistance with my request.

Sincerely,

Rocky Wilson